UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH R. TILLERY,

     Plaintiff,

v.                              Case No. 6:09-cv-951-Orl-35KRS

OFFICER TRAN, et al.,

     Defendants.

_____

## ORDER

This case is before the Court on the following matters:

1.     Plaintiff's Motion for Default Judgment (Doc. No. 19, filed November 17, 2009) is **DENIED**.  In support of his motion, Plaintiff asserts that Defendants failed to respond to his complaint within twenty days from service of process. However, on November 16, 2009, the Court granted Defendants' motion to quash service of process and directed Defendants to notify the Court of the address at which they would accept personal service of process.  *See* Doc. No. 18.  Defendants have since provided an address at which service of process may be effected.  *See* Doc. No. 20.  As such, Plaintiff must complete the service forms in accordance with the instructions below.

2.     Within **FIFTEEN (15) DAYS** from the date of this Order, Plaintiff shall complete and return to the Clerk (1) the Marshal's 285 form for each Defendant,[1] and (2) two Summons In A Civil Action, one for each Defendant.  **Failure to file the forms as**

_____

[1]Plaintiff should include the following address on the 285 and Summons forms: <u>7000 H.C. Kelley Road, Orlando Florida 32831-2518.</u>

**instructed within this time will result in the dismissal of this action <u>without further notice</u>.**[2]  The **CLERK OF COURT** is directed to send Plaintiff two Summons In A Civil Action forms and two Marshal's 285 forms.

　　　　**DONE AND ORDERED** in Orlando, Florida, this 24th day of November 2009.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
sc 11/24
Kenneth R. Tillery
Counsel of Record

_____

[2]Plaintiff should be aware that under Fed. R. Civ. P. 4(m) a district court may dismiss an action on its own motion if service is not perfected within 120 days after the filing of the complaint, and the plaintiff fails to show good cause why service was not made within that time.